# EXHIBIT F

**Complaint of LG Chem, Ltd. and Toray Industries, Inc.**

**Exemplary Infringement Claim Chart for U.S. Pat. No. 7,662,517 – SKI Cell E600**

| Claim 1 | Representative Accused Product:  SKI Cell E600 |
|---|---|
| [1pre]  An organic/inorganic composite porous separator, which comprises: | Representative accused products include, but are not limited to, SKI Cell E600:  |

| Claim 1 | Representative Accused Product:  SKI Cell E600 |
|---|---|
| | The accused products include an organic/inorganic composite porous separator.<br><br>For example, as shown in the cross-sectional SEM image below, the SKI cell includes a composite porous separator having a coating layer and a polyolefin-based separator substrate:<br><br><br><br>Cross-section SEM image |

2

| Claim 1 | Representative Accused Product:  SKI Cell E600 |
|---|---|
|  | The coating layer, which is made up of inorganic particles and organic binders, is porous:<br><br><br><br>Cross-section SEM image at x14k |

3

| Claim 1 | Representative Accused Product:  SKI Cell E600 |
|---|---|
| | The polyolefin-based substrate is also porous:<br><br><br><br>SEM images at x2.7k (15° tilted view). |
| [1a] (a) a polyolefin-based separator substrate; and | The accused products include a polyolefin-based separator substrate. |

4

| Claim 1 | Representative Accused Product:  SKI Cell E600 |
|---|---|
|  | A cross-sectional view of the polyolefin-based separator substrate of the SKI cell can be seen below:<br><br><br><br>Cross-section SEM image. |

| Claim 1 | Representative Accused Product:  SKI Cell E600 |
|---|---|
| | Other views of the polyolefin-based separator substrate can be seen below:  SEM images at x2.7k (15° tilted view).          Plan-view SEM images at x1k. |

6

| Claim 1 | Representative Accused Product:  SKI Cell E600 |
|---|---|
| | As demonstrated by XRD results shown below, the composite porous separator of the SKI cell includes polyethylene:<br><br><br><br>XRD analysis of composite separator.<br><br>In the XRD results above, **polyethylene** corresponds to material in the separator substrate of the accused SKI cell.  Polyethylene is a type of polyolefin.  Indeed, the '517 patent lists polyethylene as an example of the polyolefin-based separator.  *See* '517 patent at 9:43-47 ("Non-limiting examples of the **polyolefin-based separator** that may be used in the present invention include high density **polyethylene**, linear low density **polyethylene**, low density **polyethylene**, ultrahigh molecular weight **polyethylene**, polypropylene or derivatives thereof." (emphasis added)). |

7

| Claim 1 | Representative Accused Product:  SKI Cell E600 |
|---|---|
| [1b] (b) an active layer formed by coating at least one region selected from the group consisting of a surface of the substrate and a part of pores present in the substrate with a mixture of inorganic particles and a binder polymer, | The accused products include an active layer formed by coating at least one region selected from the group consisting of a surface of the substrate and a part of pores present in the substrate with a mixture of inorganic particles and a binder polymer.<br><br>For example, as shown in the SEM image below, the surface of the substrate (i.e., polyolefin-based separator substrate) of the SKI cell is coated with an active layer that includes a mixture of inorganic particles and a binder polymer:<br><br><br>Cross-section SEM image at x9k (15° tilted view). |

| Claim 1 | Representative Accused Product:  SKI Cell E600 |
| --- | --- |
|  | The mixture of inorganic particles and binder polymer that makes up the active layer can be further seen in the SEM image below:<br><br><br><br>Plan-view SEM image at x10k. |

9

| Claim 1 | Representative Accused Product:  SKI Cell E600 |
|---------|-----------------------------------------------|
|         | The active layer of the SKI cell contains **inorganic particles**.  As demonstrated by XRD results shown below, the composite porous separator comprises inorganic particles, including at least AlOOH (Boehmite), which is an aluminum oxide hydroxide.<br><br>**Separator**<br><br>XRD analysis of composite porous separator. |

| Claim 1 | Representative Accused Product:  SKI Cell E600 |
|---|---|
|  | Furthermore, EDS analysis of the ceramic coating of the active layer of the SKI cell separator demonstrates the existence of **inorganic particles,** in particular inorganic aluminum oxide hydroxide particles (*see* "Al K series" and "O K series" below), and **binder polymer,** such as PVDF (*see* "C K series" and "F K series" below).<br><br><br>EDS Analysis of the Ceramic Coating of the Active Layer<br><br>The '517 patent lists PVDF among examples of binder polymer materials.  *See* '517 patent at 9:8-20 ("Non-limiting examples of the *binder polymer* that may be used in the present invention include *polyvinylidene fluoride co-hexafluoropropylene*, *polyvinylidene fluoride-co-trichloroethylene*, polymethylmethacrylate, *polyacrylonitrile* . . . ." (emphases added)). |
| [1c] wherein the inorganic particles in the active layer are interconnected among themselves and are fixed by the binder polymer, and interstitial volumes among the inorganic particles form a pore structure, and | In the accused products, (i) the inorganic particles in the active layer are interconnected among themselves and are fixed by the binder polymer, and (ii) interstitial volumes among the inorganic particles form a pore structure. |

11

| Claim 1 | Representative Accused Product: SKI Cell E600 |
|---|---|
|  | Analysis of the SKI cell using SEM confirms that the active layer includes inorganic particles that are interconnected among themselves and fixed by the binder polymer, and interstitial volumes among the inorganic particles form a pore structure:<br><br><br>Cross-section SEM image at x25k.<br><br>As discussed above for feature [1b], the active layer of the SKI cell includes inorganic particles that are held together by binder polymer including PVDF. |

| Claim 1 | Representative Accused Product:  SKI Cell E600 |
|---|---|
| | |
| [1d] the inorganic particles have a size between 0.001 μm and 10 μm and are present in the mixture of inorganic particles with the binder polymer in an amount of 50-99 wt % based on 100 wt % of the mixture, and | The accused products include inorganic particles that have a size between 0.001 μm and 10 μm, and that are present in the mixture of inorganic particles with the binder polymer in an amount of 50-99 wt % based on 100 wt % of the mixture.<br><br>Analysis of the SKI cell using SEM confirms that the inorganic particles in the active layer of the SKI cell separator have a size between 0.001 μm and 10 μm:<br><br><br>Cross-sectional SEM image at x25k. |

| Claim 1 | Representative Accused Product:  SKI Cell E600 |
|---|---|
| | As further indicated in the SEM image below, the inorganic particles have a size between 0.001 μm and 10 μm:<br><br><br><br>Plan-view SEM image at x10k. |

14

| Claim 1 | Representative Accused Product:  SKI Cell E600 |
|---|---|
|  | According to the TGA results below, the inorganic particles in the mixture (i.e., AlOOH) have a wt % of approximately 96.7%, and the binder polymer in the mixture has a wt % of approximately 3.3%.<br><br><br><br>TGA analysis of mixture of inorganic particles and binder polymer. |
| [1e] wherein the separator has uniform pore structures both in the active layer and the polyolefin-based separator substrate. | The separator in the accused products has uniform pore structures both in the active layer and the polyolefin-based separator substrate. |

15

| Claim 1 | Representative Accused Product:  SKI Cell E600 |
|---------|-----------------------------------------------|
| | For example, analysis of the SKI cell using SEM confirms that the active layer exhibits uniform pore structures:<br><br><br>Plan-view SEM image at x5k. |

16

| Claim 1 | Representative Accused Product:  SKI Cell E600 |
|---|---|
| | For example, as shown in the SEM image below, the polyolefin-based separator substrate also exhibits uniform pore structures:<br><br><br><br>SEM images at x2.7k (15° tilted view).<br><br>For example, the presence of uniform pore structures in the accused products is further demonstrated by observing the separator's air permeability characteristics.  For example, multiple air permeability measurements taken at different locations of the separator showed an average Gurley value of 220 sec/100 cc with a standard deviation of 1.34 sec/100 cc, which is indicative of uniform air permeability across the surface of the separator.<br><br><table><tr><th>No.</th><th>#1</th><th>#2</th><th>#3</th><th>#4</th><th>#5</th><th>Average</th><th>Std. Dev.</th></tr><tr><td>Gurley (s/100cc)</td><td>218</td><td>221</td><td>219</td><td>221</td><td>219</td><td>220</td><td>1.34</td></tr></table> |

17