IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG CHEM, LTD. and TORAY INDUSTRIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SK INNOVATION CO., LTD. and SK BATTERY AMERICA, INC., <br><br> Defendants. | Civil Action No. 19-1805-CFC |

**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME**

WHEREAS, Plaintiffs LG Chem, Ltd. and Toray Industries, Inc. filed this action on September 26, 2019;

WHEREAS, Plaintiffs served Defendant SK Battery America, Inc. with their Summons and Complaint on September 26, 2019;

WHEREAS, Defendant SK Innovation Co., Ltd., a corporation organized under the laws of South Korea, has agreed to waive service of the Summons and Complaint, for purposes of this case only;

WHEREAS, Defendants do not waive any objection to personal jurisdiction or venue and all such objections are reserved; and,

WHEREAS, in light of the agreed extended deadline, pursuant to Fed. R. Civ. P. 4(d), for Defendant SK Innovation Co., Ltd. to respond to the Complaint, and the parties' agreement to align the deadline for all Defendants to move, answer, or otherwise respond to Plaintiffs' Complaint;

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the approval of the Court, that the deadline for all Defendants to answer, move or otherwise respond to the Complaint shall be extended through and including December 16, 2019.

Dated: October 11, 2019

| FISH & RICHARDSON P.C. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Robert M. Oakes* | */s/ Adam W. Poff* |
| Robert M. Oakes (#5217)<br>Ronald P. Golden III (#6254)<br>222 Delaware Avenue<br>P.O. Box 1114<br>Wilmington, DE 19899<br>Telephone: (302) 652-5070<br>Facsimile: (302) 652-0607<br>oakes@fr.com<br>golden@fr.com<br><br>*Attorneys for Plaintiffs* | Adam W. Poff (No. 3990)<br>Pilar G. Kraman (No. 5199)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>pkraman@ycst.com<br><br>*Attorneys for Defendants* |

SO ORDERED, this _____ day of _____, 2019.

_____
The Honorable Colm F. Connolly
United States District Judge