IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG CHEM, LTD. and TORAY INDUSTRIES, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 19-1805-CFC |
| SK INNOVATION CO., LTD. and SK BATTERY AMERICA, INC., | ) | |
| Defendants. | ) | |

**PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO STAY LITIGATION PURSUANT TO 28 U.S.C. § 1659 AND COURT'S DISCRETIONARY AUTHORITY**

WHEREAS, Defendants SK INNOVATION CO., LTD. AND SK BATTERY AMERICA, INC. ("SK") having moved the Court to stay this action in its entirety pursuant to 28 U.S.C 1659 and the Court's discretionary authority (the "Motion"), and

WHEREAS, the Motion is not opposed, and

WHEREAS, the Court having considered the Motion,

IT IS HEREBY ORDERED this ____ day of _________________, 2019, that the Motion is **GRANTED,** and this matter is stayed until the determination of the Commission becomes final.

____________________________________
United States District Judge